# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EVERSOLE, | Case No.  1:13-cv-01430 AWI GSA HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| v. | |
| JEFFREY BEARD, Secretary, | [ECF NO. 12] |
| Respondent. | [THIRTY DAY DEADLINE] |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On December 23, 2013, Respondent filed a motion to extend time to file a responsive pleading.

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that Respondent is granted thirty days from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

Dated:   **January 6, 2014**                             /s/ Gary S. Austin
                                                                    UNITED STATES MAGISTRATE JUDGE

1